968 F.2d 984
 Nina JORDAN; Susan Bagley; Sharon Hanson; Sandra Entz;
Yvonne Wood, Plaintiffs-Appellees,
v.
Booth GARDNER; Chase Riveland; Lawrence Kincheloe; Eldon
Vail; Richard Affresio, Defendants-Appellants,
and
Washington State Corrections Employees Association,
Defendant-Intervenor.
 Nos. 90-35307, 90-35552.
 United States Court of Appeals,
Ninth Circuit.
 July 7, 1992.
 
 ORDER
 Before WALLACE, Chief Judge, BROWNING, HUG, TANG, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, D.W. NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON, O'SCANNLAIN, LEAVY, TROTT, FERNANDEZ, RYMER, T.G. NELSON, and KLEINFELD, Circuit Judges.
 
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case, 953 F.2d 1137, be reheard by the en banc court pursuant to Circuit Rule 35-3.